1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | | |
|---|---|---|---|
| Leonel Martinez, | ) | No. | CV 07-0912-PHX-PGR |
| Plaintiff, | ) | | |
| vs. | ) | | **ORDER** |
| Griffin Tsabeysaye, et al. | ) | | |
| Defendants. | ) | | |

On May 3, 2007, the Plaintiff filed a Complaint with this Court seeking relief for injuries stemming from a motor vehicle accident. However, facially this Complaint is insufficient as it does not provide the grounds upon which the Court's jurisdiction depends. Federal Rule of Civil Procedure 8(a)(1) clearly states that "[a] pleading which sets forth a claim for relief, whether an original claim, counter-claim, cross- claim, or third-party claim, shall contain (1) a short and plain statement of the grounds upon which the Court's jurisdiction depends." This rule is fundamental to the commencement of any legal action and the failure to meet such a basic requirement is inexcusable. As such,

IT IS ORDERED that Plaintiffs' Complaint (Doc. 1) is dismissed for lack of subject matter jurisdiction, and the Plaintiff shall file an Amended Complaint properly alleging a jurisdictional basis for this action, if one exists, no later than **May 18, 2007.** The Plaintiff is hereby advised that failure to timely comply with this order will result in the dismissal of

this action without further notice.  IT IS FURTHER ORDERED that the **Plaintiff shall forthwith give notice of this order to any Defendant already served with process.**

DATED this 4th day of May, 2007.

Paul G. Rosenblatt
United States District Judge

- 2 -