**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leonel Martinez,<br><br>        Plaintiff,<br>    vs.<br><br>United States of America,<br><br>        Defendant. | No. CV-07-0912-PHX-PGR<br><br>ORDER |

The parties having filed a Stipulated Motion to Dismiss With Prejudice (doc. #42) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 22nd day of July, 2008.

Paul G. Rosenblatt
United States District Judge